```
STEPHEN A. SCOTT (SBN 67467)
VIVIAN N. VO (SBN 231223)
HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorney for Defendants
NICK-N-WILLY'S FRANCHISE COMPANY, LLC, SCOTT ADAMS,
and RICHARD WEIL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN PEARSON; an individual; and CHAPEL HILL FOODS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NICK-N-WILLY'S FRANCHISE COMPANY, LLC, a Colorado Limited Liability Company; SCOTT ADAMS, an individual RICHARD WEIL, an individual; and DOES 1 through 50;<br><br>Defendants. | CASE NO. C-06-01515 MHP<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR FILING OF AMENDED COMPLAINT AND EXTENSION OF RESPONSE<br>[DIVERSITY JURISDICTION] |

On March 7, 2006, the parties jointly filed a Stipulation for Filing Amended Complaint and Extension of Response.

The Court, having reviewed the attached Stipulation and good cause appearing therefore IT IS HEREBY ORDERED:

Pursuant to the attached Stipulation, it is so ordered.

Dated: March _8_____, 2006        _____
                                  THE HONORABLE MARILYN H. PATEL
                                  NORTHERN DISTRICT

IT IS SO ORDERED
Judge Marilyn H. Patel

23910

-1-

[PROPOSED] ORDER – CASE NO. C-06-01515 MHP