1  PETER C. LAGARIAS (SBN. 77091)
   ROBERT S. BOULTER (SBN 153549)
2  LAGARIAS & BOULTER, LLP
   1629 Fifth Avenue
3  San Rafael, California 94901-1828
   Telephone: (415) 460-0100
4  Facsimile: (415) 460-1099

5  Attorneys for Plaintiffs Dan Pearson and Chapel Hill
   Foods, Inc.

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN PEARSON, an individual; and CHAPEL HILL FOODS, INC., a California Corporation<br><br>Plaintiffs,<br><br>v.<br><br>NICK-N-WILLY'S FRANCHISE COMPANY, LLC, a Colorado Limited Liability Company; SCOTT ADAMS, an individual; RICHARD WEIL, an individual; and Does 1-50;<br><br>Defendants. | Case No. C-06-01515 MHP<br><br>VOLUNTARY DISMISSAL BY ALL PARTIES.<br>(FRCP RULE 41(a)(1)(ii)) |

COMES NOW plaintiffs Dan Pearson and Chapel Hill Foods, Inc., pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(ii), and voluntarily dismiss the action complaint with prejudice

///

///

1

**PLAINTIFFS' VOLUNTARY DISMISSAL**

with the consent of all defendants below, with each side bearing their own attorneys fees and costs.

DATED: June 19, 2006

LAGARIAS & BOULTER, LLP

Robert S. Boulter, Esq.

Attorneys for Plaintiffs Dan Pearson and Chapel Hill Foods, Inc.

Consent to Dismissal by Defendants

Defendants Nick-N-Willy's Franchise Company, LLC, Scott Adams, and Richard Weil hereby consent and stipulate to the above dismissal with both sides bearing their own attorney's fees and costs.

Dated: June 21, 2006

Hayes, Davis, Ellingson, McLay, Scott, LLP

Stephen A. Scott, Esq.

Attorneys for Defendants Nick-N-Willy's Franchise Company, LLC, Scott Adams, and Richard Weil

Pearson.pleadings.volunatry.dismissal

June 22, 2006

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

PLAINTIFFS' VOLUNTARY DISMISS